MOTION REQUESTING APPOINTMENT OF LEGAL COUNSEL
DUE TO GOVERNMENTS VIOLATION OF FEDERAL
CIVIL RIGHT LAWS OF
DEFENDANT PRIOR TO SENTENCING

United States District Court
Southern District of Texas
FILED

APR - 1 2002

TO THE HONORABLE JUDGE OF SAID COURT:   Michael N. Milby, Clerk of Court

B-02-108

During custodial custody in the Southern District of Texas, defendant was subjected to various civil right violations and conditions which are in violation of the American with Disabilities Act of 1990. All conditions occuring under custody of U.S. Dept. of Justice and their respective agency, U.S. Marshall Service and other contracted detention facilities. The defendant will respectfully show the court as follows:

I

Manuel Alberto Martinez, pled guilty to counts three (3), five (5), and seven(7) in violation of 18 U.S.C. 1341 (mail fraud), 18 U.S.C. 666(a) (1) (A)
(b) & 18 U.S.C. 20 Theft from Organizations Receiving Federal Funds and 18 U.S.C. 1956 (a) (1) (B) (1) (Money Laundering). He was sentenced to serve fifty seven (57) months in Bureau of Prisons on each count that was to run concurrently and a three year supervised release on each count that was to run concurrently. The court did not impose a fine, but did impose a one-hundred dollar special assessment for each count for a total of $300.00 The court also ordered Mr. Martinez to pay restitution in the $953,372.07 in 35 equal payments beginning 30 days after the commencement of the term of supervised release.

II

Defendant during custody was detained by the U.S. Marshalls Service in these facilities all located in the Southern District Victoria County Jail, Victoria, Texas, Harris County Jail, Houston Texas and Cameron County Jail, Brownsville, Texas. All facilities subjected defendant to conditions in violation of federal laws and forced defendant into these facilities which were nothing more than cesspools. The defendant can prove gross

negligence by all facilities and all parties. That these conditions were allowed under federal custody and said conditions were considered cruel and unusual which is in violation of federal law and that this respective court had an obligation to insure defendant was held in custody in according to federal laws.

### III

That the court appoint legal counsel so defendant can seek legal recourse on all parties and to insure conditions are compliance to federal laws which will insure justice is served fairly and in accordance to law. That the acts by the U.S. Government shows deliberate indifference and intent to harm defendant. Defendant prays court recognizes these facts and allows defendant to seek legal resolution in this respective court.

Respectfully Submitted

*[signature: Manuel Albert Martinez]*

Manuel Albert Martinez
#88613-080
Federal Medical Center
P.O. Box 15330
Fort Worth, Texas 76119-5905