AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA      District of   SOUTHERN DISTRICT, BROWNSVILLE DIVISION

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: B-98-394-01

B-02-108

United States District Court
Southern District of Texas
FILED
APR - 1 2002
Michael N. Milby, Clerk of Court

Manuel Albert Martinez _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant     ☐ other

the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

If "Yes," state the place of your incarceration   Federal Medical Center, Fort Worth, Texas

Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

Are you currently employed?    ☐ Yes    ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   NONE

In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes    ☒ No
   b. Rent payments, interest or dividends               ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No
   d. Disability or workers compensation payments        ☐ Yes    ☒ No
   e. Gifts or inheritances                              ☐ Yes    ☒ No
   f. Any other sources                                  ☒ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

About $65.00 Per Month

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.

_November 27, 2001_   _Manuel Albert Martin_
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 1:02-cv-00108   Document 2   Filed in TXSD on 04/01/2002   Page 3 of 5

ACCOUNT STATEMENT

' FT. WORTH*LIMITED OFFICAL USE*  DATE 06/05/01
'0 Horton Road                    PAGE No.01
't Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 60.95 | .00 | .00 | .00 | 60.95 |

| VOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 00059 | 8:48 | 10-02-00 | SALE / REGULAR | 26.25- | 34.70 |
| 00060 | 8:50 | 10-02-00 | SALE / REGULAR | .66- | 34.04 |
| 3A164 | 16:49 | 10-02-00 | DEPOSIT ITS FUNDS | 2.00- | 32.04 |
| 2FEA8 | 20:05 | 10-06-00 | DEPOSIT ITS FUNDS | 1.00- | 31.04 |
| 942BA | 18:59 | 10-09-00 | DEPOSIT ITS FUNDS | 1.00- | 30.04 |
| 0068 | 8:19 | 10-10-00 | SALE / REGULAR | 9.76- | 20.28 |
| 9335 | 19:13 | 10-13-00 | DEPOSIT ITS FUNDS | 1.00- | 19.28 |
| BFD2 | 19:16 | 10-15-00 | DEPOSIT ITS FUNDS | 1.00- | 18.28 |
| 0039 | 8:26 | 10-16-00 | SALE / REGULAR | 9.90- | 8.38 |
| D425 | 19:50 | 10-16-00 | DEPOSIT ITS FUNDS | 1.00- | 7.38 |
| 1736 | 12:58 | 10-20-00 | MONEY ORDER | 30.00 | 37.38 |
| 2C0C | 11:48 | 10-21-00 | DEPOSIT ITS FUNDS | 1.00- | 36.38 |
| 0042 | 8:42 | 10-23-00 | SALE / REGULAR | 15.50- | 20.88 |
| 0043 | 8:42 | 10-23-00 | SALE / REGULAR | 2.10- | 18.78 |
| 2311 | 12:33 | 10-27-00 | MONEY ORDER | 100.00 | 118.78 |
| 7039 | 9:25 | 10-30-00 | SALE / REGULAR | 21.40- | 97.38 |
| .BBF | 18:58 | 11-02-00 | DEPOSIT ITS FUNDS | 4.00- | 93.38 |
| 070 | 9:06 | 11-06-00 | SALE / REGULAR | 23.40- | 69.98 |
| 818 | 20:04 | 11-08-00 | DEPOSIT ITS FUNDS | 2.00- | 67.98 |
| A71 | 19:41 | 11-12-00 | DEPOSIT ITS FUNDS | 1.00- | 66.98 |
| 057 | 8:38 | 11-13-00 | SALE / REGULAR | 17.70- | 49.28 |
| 5EF | 18:51 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 48.28 |
| 64B | 19:01 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 47.28 |
| 955 | 18:26 | 11-16-00 | DEPOSIT ITS FUNDS | 1.00- | 46.28 |
| 33A | 8:50 | 11-18-00 | DEPOSIT ITS FUNDS | 1.00- | 45.28 |
| 063 | 8:50 | 11-20-00 | SALE / REGULAR | 11.75- | 33.53 |
| 168 | 12:47 | 11-20-00 | SALE / REGULAR | .75- | 32.78 |
| 103 | 11:58 | 11-22-00 | MONEY ORDER | 30.00 | 62.78 |
| 57C | 19:36 | 11-22-00 | DEPOSIT ITS FUNDS | 2.00- | 60.78 |
| 2D7 | 19:37 | 11-24-00 | DEPOSIT ITS FUNDS | 1.00- | 59.78 |
| 85 | 17:16 | 11-26-00 | DEPOSIT ITS FUNDS | 1.00- | 58.78 |
| 241 | 8:36 | 11-27-00 | SALE / REGULAR | 11.30- | 47.48 |
| 92 | 16:47 | 11-29-00 | DEPOSIT ITS FUNDS | 2.00- | 45.48 |
| 39 | 7:02 | 12-04-00 | DEPOSIT ITS FUNDS | 1.25 | 46.73 |
| 50 | 14:01 | 05-09-01 | STATE CHECK | 17.06 | 63.79 |
| 19 | 21:23 | 05-10-01 | DEPOSIT ITS FUNDS | 5.00- | 58.79 |
| 84 | 8:29 | 05-14-01 | SALE / REGULAR | 18.93- | 39.86 |
| CC | 22:14 | 05-15-01 | DEPOSIT ITS FUNDS | 3.00- | 36.86 |
| 11 | 13:49 | 05-17-01 | MONEY ORDER | 40.00 | 76.86 |
| 35 | 8:39 | 05-21-01 | SALE / REGULAR | 15.80- | 61.06 |
| 52 | 14:35 | 05-21-01 | STATE CHECK | 8.53 | 69.59 |

```
                    ACCOUNT
                   STATEMENT
FT. WORTH*LIMITED OFFICAL USE*        DATE 06/05/01
) Horton Road                         PAGE No.02
. Worth, TX 76119


                                      Account # 88613080

    MARTINEZ MANUEL ALBERTO
    DAL

 /OICE| TIME |  DATE   | TRANSACTION DESCRIPTION |  AMOUNT ||||||||||||||
 33841 20:10  05-25-01  DEPOSIT ITS FUNDS           2.00-      67.59
 37914 20:39  05-30-01  DEPOSIT ITS FUNDS           4.00-      63.59
 00123  8:22  05-31-01  SALE / REGULAR             10.40-      53.19
 20251 11:41  05-31-01  MONEY ORDER                25.00       78.19
 3C0EA 19:51  06-03-01  DEPOSIT ITS FUNDS           3.00-      75.19
 00068  8:34  06-05-01  SALE / REGULAR             31.20-      43.99
 00063  8:37  06-05-01  SALE / REGULAR               .50-      43.49

              **** TRANSACTION TOTAL ****         17.46-
```

```
--ENDING------AVAILABLE   ENCUMBRANCE   OUTSTANDING    SPECIAL    ACCOUNT
              BALANCE      BALANCE       BALANCE       BALANCE    BALANCE
                43.49         .00           .00           .00       43.49
```

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 60.95 on account to his/her credit at (name of institution) FPU FT WORTH. I further certify that the applicant has the following securities to his/her credit _____ . I further certify that during the past six months the applicant's average balance was $ See attached Account Statement

_____6.50_____                 _____[signature]_____
         DATE                     SIGNATURE OF AUTHORIZED OFFICER