AO 240 (Rev. 9/96)

# United States District Court

~~Southern~~ DISTRICT OF ~~Texas~~

United States District Court
Southern District of Texas
FILED

MAY - 7 2002

Michael N. Milby, Clerk of Court

Plaintiff

U.S.A.
V.

Defendant

Manuel A. Martinez

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

B-02-108

CASE NUMBER: B-98-394-01

I, _____Manuel A. Martinez_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ~~Federal Medical Center~~, Fort Worth, Tx

   Are you employed at the institution? ~~No~~   Do you receive any payment from the institution? no

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. none

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [X] No
   b. Rent payments, interest or dividends              [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [X] No
   d. Disability or workers compensation payments       [ ] Yes   [X] No
   e. Gifts or inheritances                             [ ] Yes   [X] No
   f. Any other sources                                 [X] Yes   [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. Family -65.00 per month, will continue to receive same amount

AO 240 (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  None

I declare under penalty of perjury that the above information is true and correct.

_4-30-2002_                         _[signature]_
DATE                                 SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                         _____
DATE                                            SIGNATURE OF AUTHORIZED OFFICER

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __31.04__ on account to his/her credit at (name of institution) __FMC Fort Worth__. I further certify that the applicant has the following securities to his/her credit: __6 mos deposit $/365.00 withdrawals $279.23__. I further certify that during the past six months the applicant's average balance was $ __See Attached Statement__.

__4-16-02__
DATE

__J. Welsh__
SIGNATURE OF AUTHORIZED OFFICER

```
                    ACCOUNT
                    STATEMENT
C FT. WORTH*LIMITED OFFICAL USE*        DATE 04/16/02
50 Horton Road                          PAGE No.01
rt Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| --BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 74.09 | .00 | .00 | .00 | 74.09 |

| NVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000061 | 9:18 | 10-01-01 | SALE / REGULAR | 32.72- | 41.37 |
| 3446D8 | 20:27 | 10-07-01 | DEPOSIT ITS FUNDS | 2.00- | 39.37 |
| 000061 | 8:27 | 10-09-01 | SALE / REGULAR | 8.10- | 31.27 |
| 34C443 | 11:43 | 10-14-01 | DEPOSIT ITS FUNDS | 2.00- | 29.27 |
| 000037 | 8:48 | 10-15-01 | SALE / REGULAR | 11.05- | 18.22 |
| 353675 | 9:13 | 10-21-01 | DEPOSIT ITS FUNDS | 1.00- | 17.22 |
| 000006 | 8:58 | 10-22-01 | SALE / REGULAR | 16.35- | .87 |
| T01945 | 12:45 | 10-22-01 | MONEY ORDER | 40.00 | 40.87 |
| 3587D8 | 20:30 | 10-26-01 | DEPOSIT ITS FUNDS | 2.00- | 38.87 |
| 000072 | 9:27 | 10-29-01 | SALE / REGULAR | 6.60- | 32.27 |
| T02829 | 11:33 | 11-02-01 | MONEY ORDER | 25.00 | 57.27 |
| 361030 | 13:47 | 11-04-01 | DEPOSIT ITS FUNDS | 2.00- | 55.27 |
| 000062 | 8:50 | 11-06-01 | SALE / REGULAR | 13.23- | 42.04 |
| 368F47 | 20:39 | 11-10-01 | DEPOSIT ITS FUNDS | 2.00- | 40.04 |
| 369410 | 8:35 | 11-11-01 | DEPOSIT ITS FUNDS | 2.00- | 38.04 |
| 000052 | 8:35 | 11-13-01 | SALE / REGULAR | 7.95- | 30.09 |
| 371CA7 | 13:04 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 29.09 |
| 3725A0 | 20:25 | 11-18-01 | DEPOSIT ITS FUNDS | 1.00- | 28.09 |
| 000099 | 9:21 | 11-19-01 | SALE / REGULAR | 8.15- | 19.94 |
| T04124 | 13:12 | 11-19-01 | MONEY ORDER | 25.00 | 44.94 |
| 373812 | 20:41 | 11-19-01 | DEPOSIT ITS FUNDS | 2.00- | 42.94 |
| 000066 | 8:46 | 11-26-01 | SALE / REGULAR | 10.25- | 32.69 |
| T04834 | 11:48 | 11-28-01 | MONEY ORDER | 40.00 | 72.69 |
| 37D699 | 20:51 | 11-30-01 | DEPOSIT ITS FUNDS | 2.00- | 70.69 |
| 3804AA | 20:29 | 12-02-01 | DEPOSIT ITS FUNDS | 2.00- | 68.69 |
| 000058 | 8:35 | 12-03-01 | SALE / REGULAR | 12.55- | 56.14 |
| IOS005 | 13:37 | 12-07-01 | FIN. RESP. ACT | 25.00- | 31.14 |
| 386185 | 20:32 | 12-07-01 | DEPOSIT ITS FUNDS | 1.00- | 30.14 |
| 388F01 | 19:13 | 12-09-01 | DEPOSIT ITS FUNDS | 1.00- | 29.14 |
| 000053 | 8:30 | 12-10-01 | SALE / REGULAR | 13.92- | 15.22 |
| 38F8E6 | 20:52 | 12-14-01 | DEPOSIT ITS FUNDS | 1.00- | 14.22 |
| 391F35 | 19:45 | 12-16-01 | DEPOSIT ITS FUNDS | 1.00- | 13.22 |
| 000060 | 8:19 | 12-17-01 | SALE / REGULAR | 12.65- | .57 |
| T07076 | 12:26 | 12-19-01 | MONEY ORDER | 50.00 | 50.57 |
| 39666D | 19:08 | 12-20-01 | DEPOSIT ITS FUNDS | 2.00- | 48.57 |
| 398C0C | 13:48 | 12-22-01 | DEPOSIT ITS FUNDS | 2.00- | 46.57 |
| 39A58E | 20:00 | 12-23-01 | DEPOSIT ITS FUNDS | 2.00- | 44.57 |
| 39C6E1 | 16:37 | 12-25-01 | DEPOSIT ITS FUNDS | 1.00- | 43.57 |
| T07748 | 12:25 | 12-26-01 | MONEY ORDER | 50.00 | 93.57 |
| 39FAC2 | 20:27 | 12-28-01 | DEPOSIT ITS FUNDS | 2.00- | 91.57 |
| 3A14D5 | 20:12 | 12-30-01 | DEPOSIT ITS FUNDS | 1.00- | 90.57 |

ACCOUNT
STATEMENT

MC FT. WORTH*LIMITED OFFICAL USE*  DATE 04/16/02
3150 Horton Road                    PAGE No.02
Fort Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT |       |
|---------|-------|----------|-------------------------|--------|-------|
| 000066  | 8:51  | 01-02-02 | SALE / REGULAR          | 13.62- | 76.95 |
| 3A5303  | 19:20 | 01-02-02 | DEPOSIT ITS FUNDS       | 1.00-  | 75.95 |
| 3A804A  | 20:32 | 01-04-02 | DEPOSIT ITS FUNDS       | 2.00-  | 73.95 |
| 3A8EC1  | 15:07 | 01-05-02 | DEPOSIT ITS FUNDS       | 1.00-  | 72.95 |
| 000045  | 8:48  | 01-07-02 | SALE / REGULAR          | 8.60-  | 64.35 |
| 000047  | 8:50  | 01-07-02 | SALE / REGULAR          | .90-   | 63.45 |
| 3AF0EC  | 18:44 | 01-10-02 | DEPOSIT ITS FUNDS       | 1.00-  | 62.45 |
| 3B2F07  | 13:36 | 01-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 61.45 |
| 3B384A  | 20:01 | 01-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 60.45 |
| 000075  | 8:10  | 01-14-02 | SALE / REGULAR          | 5.52-  | 54.93 |
| 3B8ED8  | 20:07 | 01-18-02 | DEPOSIT ITS FUNDS       | 1.00-  | 53.93 |
| 3B9AED  | 15:06 | 01-19-02 | DEPOSIT ITS FUNDS       | 1.00-  | 52.93 |
| 3BBA37  | 19:11 | 01-21-02 | DEPOSIT ITS FUNDS       | 1.00-  | 51.93 |
| 000092  | 8:45  | 01-22-02 | SALE / REGULAR          | 4.75-  | 47.18 |
| 3BE043  | 17:35 | 01-24-02 | DEPOSIT ITS FUNDS       | 2.00-  | 45.18 |
| T10056  | 10:50 | 01-25-02 | MONEY ORDER             | 50.00  | 95.18 |
| 3BF28B  | 20:15 | 01-25-02 | DEPOSIT ITS FUNDS       | 2.00-  | 93.18 |
| 3BFDF6  | 15:07 | 01-26-02 | DEPOSIT ITS FUNDS       | 2.00-  | 91.18 |
| 000079  | 8:44  | 01-28-02 | SALE / REGULAR          | 4.40-  | 86.78 |
| 3C1EA4  | 20:40 | 01-28-02 | DEPOSIT ITS FUNDS       | 1.00-  | 85.78 |
| 3C2711  | 17:44 | 01-29-02 | DEPOSIT ITS FUNDS       | 1.00-  | 84.78 |
| 3C36BE  | 20:14 | 01-30-02 | DEPOSIT ITS FUNDS       | 2.00-  | 82.78 |
| 3C5B4A  | 20:30 | 02-01-02 | DEPOSIT ITS FUNDS       | 1.00-  | 81.78 |
| 3C8780  | 20:24 | 02-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 80.78 |
| 000068  | 8:44  | 02-04-02 | SALE / REGULAR          | 9.60-  | 71.18 |
| 3CD0B9  | 19:08 | 02-07-02 | DEPOSIT ITS FUNDS       | 1.00-  | 70.18 |
| 3CF7D0  | 14:30 | 02-09-02 | DEPOSIT ITS FUNDS       | 1.00-  | 69.18 |
| 3D1470  | 18:52 | 02-10-02 | DEPOSIT ITS FUNDS       | 2.00-  | 67.18 |
| 000070  | 8:14  | 02-11-02 | SALE / REGULAR          | 5.90-  | 61.28 |
| 3D4D30  | 20:39 | 02-13-02 | DEPOSIT ITS FUNDS       | 1.00-  | 60.28 |
| 3D61DD  | 20:10 | 02-14-02 | DEPOSIT ITS FUNDS       | 1.00-  | 59.28 |
| 3D76AF  | 20:25 | 02-15-02 | DEPOSIT ITS FUNDS       | 1.00-  | 58.28 |
| 3DAA83  | 20:04 | 02-18-02 | DEPOSIT ITS FUNDS       | 1.00-  | 57.28 |
| 000063  | 8:18  | 02-19-02 | SALE / REGULAR          | 8.15-  | 49.13 |
| 3DCADB  | 21:05 | 02-20-02 | DEPOSIT ITS FUNDS       | 1.00-  | 48.13 |
| 3DE8B6  | 20:07 | 02-22-02 | DEPOSIT ITS FUNDS       | 1.00-  | 47.13 |
| 3E083E  | 19:33 | 02-24-02 | DEPOSIT ITS FUNDS       | 1.00-  | 46.13 |
| 000055  | 8:13  | 02-25-02 | SALE / REGULAR          | 7.15-  | 38.98 |
| T12537  | 12:09 | 02-25-02 | MONEY ORDER             | 50.00  | 88.98 |
| 3E310F  | 22:15 | 02-27-02 | DEPOSIT ITS FUNDS       | 1.00-  | 87.98 |
| 3E3886  | 18:14 | 02-28-02 | DEPOSIT ITS FUNDS       | 2.00-  | 85.98 |
| 3E6EC9  | 8:11  | 03-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 84.98 |
| 3E7F60  | 20:05 | 03-03-02 | DEPOSIT ITS FUNDS       | 1.00-  | 83.98 |
| 000030  | 8:19  | 03-04-02 | SALE / REGULAR          | 11.65- | 72.33 |

```
                    ACCOUNT
                   STATEMENT
FT. WORTH*LIMITED OFFICAL USE*       DATE 04/16/02
0 Horton Road                        PAGE No.03
t Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| VOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| EC15A | 20:02 | 03-07-02 | DEPOSIT ITS FUNDS | 1.00- | 71.33 |
| OS011 | 8:44 | 03-08-02 | FIN. RESP. ACT | 25.00- | 46.33 |
| ED530 | 20:36 | 03-08-02 | DEPOSIT ITS FUNDS | 1.00- | 45.33 |
| EDD9D | 9:20 | 03-09-02 | DEPOSIT ITS FUNDS | 1.00- | 44.33 |
| F0326 | 20:08 | 03-10-02 | DEPOSIT ITS FUNDS | 1.00- | 43.33 |
| 00083 | 8:24 | 03-11-02 | SALE / REGULAR | 9.00- | 34.33 |
| F1377 | 20:04 | 03-11-02 | DEPOSIT ITS FUNDS | 1.00- | 33.33 |
| F5542 | 20:31 | 03-15-02 | DEPOSIT ITS FUNDS | 1.00- | 32.33 |
| F7948 | 20:19 | 03-17-02 | DEPOSIT ITS FUNDS | 1.00- | 31.33 |
| F89C2 | 20:54 | 03-18-02 | DEPOSIT ITS FUNDS | 1.00- | 30.33 |
| FA230 | 19:12 | 03-20-02 | DEPOSIT ITS FUNDS | 1.00- | 29.33 |
| 00126 | 15:09 | 03-21-02 | SALE / REGULAR | 28.39- | .94 |
| 14863 | 12:55 | 03-27-02 | MONEY ORDER | 50.00 | 50.94 |
| 0106D | 18:05 | 03-28-02 | DEPOSIT ITS FUNDS | 3.00- | 47.94 |
| 03EA5 | 19:02 | 03-31-02 | DEPOSIT ITS FUNDS | 1.00- | 46.94 |
| 00055 | 8:42 | 04-01-02 | SALE / REGULAR | 13.20- | 33.74 |
| 0A508 | 20:09 | 04-05-02 | DEPOSIT ITS FUNDS | 1.00- | 32.74 |
| 0DA6D | 19:15 | 04-07-02 | DEPOSIT ITS FUNDS | 2.00- | 30.74 |
| 00068 | 8:21 | 04-08-02 | SALE / REGULAR | 7.30- | 23.44 |
| 0EEB0 | 20:41 | 04-08-02 | DEPOSIT ITS FUNDS | 2.00- | 21.44 |
| 13D8E | 11:09 | 04-13-02 | DEPOSIT ITS FUNDS | 1.00- | 20.44 |
| 15834 | 15:41 | 04-14-02 | DEPOSIT ITS FUNDS | 1.00- | 19.44 |
| 15C33 | 19:33 | 04-14-02 | DEPOSIT ITS FUNDS | 1.00- | 18.44 |
| 00058 | 8:43 | 04-15-02 | SALE / REGULAR | 12.40- | 6.04 |
| 16353 | 12:04 | 04-15-02 | MONEY ORDER | 25.00 | 31.04 |

                **** TRANSACTION TOTAL ****    43.05-

| --ENDING-----AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|---|---|---|---|---|
| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
| 31.04 | .00 | .00 | .00 | 31.04 |

MAIL

United States District Court
Southern District of Texas
RECEIVED

MAY 0 7 2002

11:45 AM

Michael N. Milby, Clerk

May 3, 2002

Deputy Clerk
U.S. District Clerk
Southern District of Texas
600 East Harrison St., Room, 101
Brownsville, Texas 78520-7114

    Regarding: U.S.A. V. Manuel A. Martinez
          Case No. B-98-394-01
          Two Motions Filed 4/1/02 and 4/11/02

Sirs:

   Earlier I submitted the above two motions. Since my institution had not provided current balance and affidavit I did not include with motions. Enclosed is currect "Application to Proceed Without Prepayment of Fees and Affidavit" with Certificate with the institutional balance. Please include these forms as part of the above motions.

Cordially,

M. A. Martinez

Enclosures: Application to Proceed Without Prepayment of fees and affidavit Certificate
          Three (3) Balance Sheets - Institutional Account