UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ | * | |
| VS | * | CIVIL ACTION NO. B-02-108 |
| UNITED STATES OF AMERICA | * | |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

Petitioner's Motion Requesting Appointment of Legal Counsel is hereby **DENIED**.

The Government is hereby ORDERED to respond to Petitioner's 42 U.S.C. Section 1983 Civil Rights Complaint on or before **September 16, 2002.**

DONE at Brownsville, Texas, this 16th day of July 2002.

Felix Recio
United States Magistrate Judge